MARIE W. ORR, as Executrix of JOSEPH K. ORR, Deceased,
et al., Appellants, *v.* HENRY S. ORR et al., as Executors
and Trustees under the Will of JOHN C. ORR, Deceased,
et al., Respondents.

*Orr* v. *Orr*, 147 App. Div. 753, affirmed.
(Submitted October 8, 1914; decided October 23, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 7, 1912, affirming a judgment in favor
of defendants entered upon the dismissal of the complaint
by the court on trial at Special Term in an action for the
construction of a will and for an accounting.

*Patrick Rooney* and *George B. Hayes* for appellants.

*Alfred B. Cruikshank* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN
and CARDOZO, JJ.   Not sitting: MILLER, J.

---

HENRY R. BRIGHAM, Respondent, *v.* OCEAN ACCIDENT AND
GUARANTEE CORPORATION, LIMITED, Appellant.

*Brigham* v. *Ocean Accident & Guarantee Co.*, *Ltd.*, 153 App. Div.
930, affirmed.
(Submitted October 8, 1914; decided October 23, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered November 15, 1912, affirming a judgment in
favor of plaintiff entered upon a verdict in an action to
recover upon a policy of indemnity insurance.

*A. T. Clearwater* for appellant.

*V. B. Van Wagonen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN,
MILLER and CARDOZO, JJ.